IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. DERRICK ISRAEL, <br> Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| SUPERINTENDENT; MR. LAWLER, et al., <br> Respondents. | : <br> : | NO. 08-4175 |

## ORDER

AND NOW, this 18th day of March, 2009, upon careful and independent consideration of the petition for a writ of habeas corpus, the amended petition for a writ of habeas corpus, the responses thereto, and Petitioner's reply and supplement reply to the response, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of this Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Mary A. McLaughlin*
MARY A. MCLAUGHLIN, J.